UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LADIES MEMORIAL ASSOCIATION INC,**
    Plaintiff,

v.                        CASE NO. 3:20cv5681-MCR-EMT

**CITY OF PENSACOLA, FLORIDA,** et al.,
    Defendants.
_____/

## ORDER

On appeal, the Eleventh Circuit concluded that the case should have been remanded to state court for lack of jurisdiction, not dismissed because the plaintiff lacked standing. Therefore, the order dismissing the case was reversed with instructions to remand under 28 U.S.C. § 1447(c). *See* ECF No. 55. The Eleventh Circuit's mandate has now issued. ECF No. 56. Accordingly, pursuant to the judgment of Eleventh Circuit, the Clerk is directed to remand this case to the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, and close the file.

**DONE AND ORDERED** this 13th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**