# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LADIES MEMORIAL**
**ASSOCIATION INC, et al,**
    Plaintiffs,

v.　　　　　　　　　　　　　　　Case No. 3:20cv5681-MCR-ZCB

**CITY OF PENSACOLA FLORIDA, et al.,**
    Defendants.
_____/

## ORDER

Pending is an Application for Attorney's Fees, which was transferred to this Court by the Eleventh Circuit Court of Appeals. ECF No. 60. The Court finds it appropriate to refer this matter to the assigned magistrate judge for further proceedings, if necessary, and the preparation of a report and recommendation.

Accordingly, the Application for Attorney's Fees, ECF No. 60, is referred to Magistrate Judge Zachary C. Bolitho for the preparation of a report and recommendation pursuant to Rule 72(b) of the Federal Rules of Civil Procedure. *See also* N.D. Fla. Loc. R. 72.3; 28 U.S.C. § 636(b)(1)(B).

**DONE AND ORDERED** this 5th day of August 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**