# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 05, 2022

Clerk - Northern District of Florida
U.S. District Court
100 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 20-14003-BB  ; 21-11072 -BB
Case Style: Ladies Memorial Association, et al v. City of Pensacola, Florida, et al
District Court Docket No: 3:20-cv-05681-MCR-EMT

Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**\*\*Amended and approved by court order issued 8/1/2022\*\***

Case 3:20-cv-05681-MCR-ZCB   Document 62   Filed 08/05/22   Page 2 of 2
USCA11 Case: 20-14003      Date Filed: 08/05/2022      Page: 1 of 1

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. 20-14003; 21-11072

Ladies Memorial Association, Inc    vs.    City of Pensacola, Florida

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — |  |  |
| Appellant's Brief | X |  | 44 | 12 | 528 | 79.20 | $79.20 |
| Appendix | X |  | 385 | 7 | 2695 | 404.25 | $404.25 |
| Appellee's Brief |  |  |  |  |  |  |  |
| Reply Brief |  |  |  |  |  |  |  |
| Appellant's Consolidated Brief | X |  | (51) ~~77~~ | 12 | (612) ~~924~~ | ~~138.60~~ | $91.80 |
| Appellant's Consolidated Appendix | X |  | 397 | 7 | 2779 | ~~516.85~~ | $416.85 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  |  | TOTAL | $ ~~1138.90~~ REQUESTED | $ $992.10 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: *David R. McCallister*    Date Signed: 06/08/2022

Attorney Name: David R. McCallister    Attorney for: Ladies Memorial Association, et al
(Type or print your name)                        (Type or print name of client)

E-mail: DavidMcCallister@hotmail.com    Phone: 813-973-4319

Street Address/City/State/Zip: 13742 17th St., Dade City, FL 33525

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $992.10    against Appellees

and are payable directly to Appellants

David J. Smith, Clerk of Court

Issued on: _____    By: Tresa A. Raines    DATE: 8/5/2022
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE: 08/05/2022