UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LADIES MEMORIAL
ASSOCIATION INC., et al.,
    Plaintiffs,

v.                                                          Case No.:  3:20cv5681/MCR/ZCB

CITY OF PENSACOLA, FLORIDA, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 20, 2023. (Doc. 68). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 68) is adopted and incorporated by reference in this order.

2. The Plaintiffs' Application for Attorneys' Fees, (Doc. 60), is **DENIED**.

**DONE AND ORDERED** this 17th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**